IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO.: CR205-37 |
| v. | ) |
| | ) |
| JOSE REYES VILLALOBOS | ) |
| ROMAN GUERRA | ) |
| JOSE VARGAS | ) |
| ANGEL MORFIN | ) |
| JOAQUIN MEJIA | ) |
| SUZANNA CARISOSA | ) |
| LAURA DAVENPORT | ) |
| BRIDGETTE REYNOLDS | ) |
| JEREMY THOMPSON | ) |
| ALMA MARIE WILLIAMS | ) |
| KATHERINE CRAPPS | ) |

## ORDER

Defendant Roman Guerra appeared before the undersigned for an Initial Appearance on August 23, 2005, and an Order Setting Conditions of Release was entered the same date. Defendant Guerra failed to appear at an Arraignment on August 30, 2005, and a warrant was issued for his arrest. Defendant Guerra has now been arrested, and he is in custody. The August 23, 2005 Order Setting Conditions of Release is hereby **VACATED**. Defendant Guerra shall be held without bond pending the disposition of this case.

**SO ORDERED**, this 12th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)