IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 205-037-2 |
| | * | |
| ROMAN GUERRA | * | |

O R D E R

On January 30, 2015, the United States Probation Office of this district sought an arrest warrant for Defendant Roman Guerra upon allegations that he had violated the terms of his supervised release. The same day, this Court issued a warrant to be lodged as a detainer against the state authorities who had arrested Guerra in North Carolina. To date, Guerra has not been brought back before this Court on the petition for revocation of supervised release. That is, Guerra is not currently serving a sentence imposed by this Court. Accordingly, Guerra's pro se "Motion for Credit on Federal Detainer" (doc. 262), which asks the Court to credit time he has served in state custody against his federal sentence, is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA